Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 19–24633–CMG
          Chapter: 13
          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dale Disney
   434 Lawrence St
   Apt 5
   Perth Amboy, NJ 08861–2147

Social Security No.:
   xxx–xx–8101

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/4/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2019
JAN: dmi

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-24633-CMG
Dale Disney                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Oct 07, 2019
                              Form ID: 148             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
```
db              Dale Disney,    434 Lawrence St,    Apt 5,    Perth Amboy, NJ   08861-2147
518442446      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX   79998-2284
518376083       Bank of Missouri,    PO Box 4499,    Beaverton, OR   97076-4499
518376084     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX   75234-7262
               (address filed with court:  Caine and Weiner,    5805 Sepulveda Blvd Fl 4,
                 Sherman Oaks, CA   91411-2532)
518376087       CB Indigo,    PO Box 30281,    Salt Lake City, UT   84130-0281
518406042       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC   29603-0368
518376089       Cw Nexus,    101 Crossways Park Dr W,    Woodbury, NY   11797-2020
518376092      +FNB Omaha,    Po Box 3412,    Omaha, NE   68103-0412
518404195      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas   75001-9013
518376094       Jessica,    91 1st Ave,    Port Reading, NJ   07064-1917
518376095       Mercury Card,    2220 6th St,    Brookings, SD   57006-2403
518376096       New Jersey Manufacturers Ins,    PO Box 70167,    Philadelphia, PA   19176-0167
518400305     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY   11797-2020
               (address filed with court:  First National Bank of Omaha,    1620 Dodge Street, Stop Code 3105,
                 Omaha, NE   68197)
518376098      +PSE&G,    325 County Ave,    Seacacus, NJ   07094-2095
518401177       Resurgent Capital Services as agent for Via Novus,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC   29603-0587
518376099       Selip & Stylianou,    10 Forest Ave Ste 300,    Paramus, NJ   07652-5238
518376104       Victorina Salvador,    180 Talmadge Rd # ROADSUITE 655,    Edison, NJ   08817-2860
518376103       Victorina Salvador,    180 Talmadge Rd Ste 655,    Edison, NJ   08817-2860
518465742      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC   27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518472866      +EDI: CINGMIDLAND.COM Oct 08 2019 03:28:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518376082      +EDI: AAEO.COM Oct 08 2019 03:28:00      Aarons,    1015 Cobb Place Boulevard,
                 Kennesaw, GA 30144-3672
518402946       EDI: RESURGENT.COM Oct 08 2019 03:28:00      Ashley Funding Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC   29603-0587
518402946       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2019 00:21:46
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC   29603-0587
518441143      +EDI: ATLASACQU.COM Oct 08 2019 03:28:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ   07601-4303
518376085      +EDI: CAPITALONE.COM Oct 08 2019 03:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518376086      +EDI: CAPONEAUTO.COM Oct 08 2019 03:28:00      Capital One Auto Finance,    3905 Dallas Pkwy,
                 Plano, TX   75093-7892
518392640      +EDI: AISACG.COM Oct 08 2019 03:28:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518431907      +EDI: AISACG.COM Oct 08 2019 03:28:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
518392445      +EDI: AIS.COM Oct 08 2019 03:28:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518376088       EDI: CMIGROUP.COM Oct 08 2019 03:28:00      Credit Management lp,    6080 Tennyson Pkwy Ste 100,
                 Plano, TX  75024-6002
518376091       E-mail/Text: operationsclerk@easypayfinance.com Oct 08 2019 00:13:36      Duvera,
                 1910 Palomar Point Way, Suite 101,    Carlsbad, CA   92008
518376093       E-mail/Text: bankruptcy.notices@hdfsi.com Oct 08 2019 00:15:28      Harley Davidson Credit,
                 3850 Arrowhead Dr,    Carson City, NV  89706-2016
518376090       EDI: IRS.COM Oct 08 2019 03:28:00      Department Of The Treasury,    Internal Revenue Service,
                 Cincinnati, OH   45999
518376097       E-mail/Text: bankruptcy@onlineis.com Oct 08 2019 00:15:23      Online Information Svv,
                 PO Box 1489,    Winterville, NC   28590-1489
518376100      +EDI: RMSC.COM Oct 08 2019 03:28:00      Syncb,    Po Box 965036,    Orlando, FL 32896-5036
518378386      +EDI: RMSC.COM Oct 08 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518401341      +EDI: AIS.COM Oct 08 2019 03:28:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518376101       EDI: TDBANKNORTH.COM Oct 08 2019 03:28:00      TD Bank,    PO Box 8400,    Lewiston, ME   04243
518376102      +EDI: ECMC.COM Oct 08 2019 03:28:00      US Department Of Education,    Po Box 5609,
                 Greenville, TX 75403-5609
518482888      +EDI: AIS.COM Oct 08 2019 03:28:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Oct 07, 2019
                              Form ID: 148             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518376105       +EDI: WFFC.COM Oct 08 2019 03:28:00      Wells Fargo Auto,    Po Box 25341,
                  Santa Ana, CA 92799-5341
                                                                                             TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518460978*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
518391277*      +Department of Treasury,    Internal Revenue Service,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Benjamin Jamie Ginter     on behalf of Debtor Dale   Disney gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Harley-Davidson kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```